**NOT FOR PUBLICATION  IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000485
11-FEB-2022
08:37 AM
Dkt. 82 OCOR**

NO. CAAP-20-0000485

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF DM

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-J NO. 0101376)

ORDER OF CORRECTION
(By:  Ginoza, Chief Judge)

IT IS HEREBY ORDERED that the Memorandum Opinion in Case Number CAAP-20-0000485, entered on January 28, 2022, is hereby corrected as follows:

1.   At page 4, second full paragraph, line 1, the correct spelling of the surname should be Zeller-Corte<u>z</u>, so that the line should read as follows:

Nineteen-year-old Hunter Zeller-Cortez (**Hunter**)

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, February 11, 2022.

/s/ Lisa M. Ginoza
Chief Judge